IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE EMILIA GRAGES, Administrator for the Estate of Kimberly Jane Donovan, Deceased, et al., | : : : : : | CIVIL NO. 4:19-CV-1141 |
| Plaintiffs, | : : | |
| v. | : : | (SAPORITO, M.J.) |
| GEISINGER HEALTH (a/k/a Geisinger Health System), et al., | : : : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 10th day of March, 2020, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

    1.    The defendants' motion to dismiss (Doc. 15) is DENIED;

    2.    The defendants shall file their answer to the complaint within twenty-one (21) days after entry of this order.

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: March 10, 2020

1